# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# ORDER OF THE EXECUTIVE COMMITTEE

It appearing that, due to clerical error, *18cv3278, John Hemphill v. United States of America,* was randomly assigned to the Honorable Rebecca R. Pallmeyer and designated Magistrate Judge Jeffrey Cole, and

It further appearing that the underlying criminal case *09cr840, United States of America v. John Hemphill* was assigned to the Hon. Harry D. Leinenweber and Magistrate Judge Mary M. Rowland; therefore

It is hereby ordered that case *18cv3278, John Hemphill v. United States of America,* shall be directly reassigned to the Hon. Harry D. Leinenweber and Magistrate Judge Mary M. Rowland pursuant to Local Rule 40.3.

**ENTER:**

**FOR THE EXECUTIVE COMMITTEE**

_____
Chief Judge, Rubén Castillo

Dated at Chicago, Illinois this 10th day of May, 2018.